# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4115
_____

MARILYN BOWEN GRIFFIN, as
Personal Representative for the
Estate of James C. Bowen,

     Appellant,

     v.

FAS CAPITAL, LLC, a Georgia
Limited Liability Company,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

June 28, 2018

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


James H. Post of Smith, Hulsey & Busel, Jacksonville, for Appellant.

Michael Fox Orr and Joseph D. Pickles of the Law Offices of Dawson & Orr, Jacksonville, for Appellee.